# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO ROMERO,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ATTORNEY GENERAL WILLIAM BAR; DIRECTOR KATHLEEN HAWK SAWYER; FEDERAL BUREAU OF PRISONS; and DOES 1-100,<br><br>　　　　　　　　　Defendants. | Case No. 19cv2138-JAH (WVG)<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

Pending before the Court is Plaintiff and Defendants' motion for leave for Plaintiff to file an amended complaint. *See* Doc. No. 9.

Accordingly, pursuant to Rule 15(a)(2) of the Fed. R. Civ. P. and Local Civil Rule 7.2, and after reviewing the changes reflected in Doc. No. 9-2, IT IS HEREBY ORDERED that the joint motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated: April 14, 2020

_____
Hon. John A. Houston
United States District Judge

1