UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO ROMERO,<br><br>                          Plaintiff,<br><br>v.<br><br>ATTORNEY GENERAL WILLIAM BARR, et. al.<br><br>                          Defendants. | Case No.:  19cv2138-JAH (WVG)<br><br>**ORDER DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT**<br>**[Doc. No. 6]** |

Pending before the Court is Defendants' motion to dismiss filed February 13, 2020. On April 14, 2020, Plaintiff filed a First Amended Complaint. Because the First Amended Complaint is now the operative complaint in this matter, **IT IS HEREBY ORDERED** Defendants' motion that seeks to dismiss the original Complaint [Doc. No. 1] is **DENIED as moot**. The hearing set for April 27, 2020, is VACATED.

**IT IS SO ORDERED.**

DATED: April 22, 2020

_____
Hon. John A. Houston
United States District Judge

1