UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO ROMERO,<br><br>                          Plaintiff,<br><br>v.<br><br>DIRECTOR OF THE FEDERAL BUREAU OF PRISONS, MICHAEL CARVAJAL, IN HIS OFFICIAL CAPACITY, and DOES 1-10,<br><br>                          Defendants. | Case No.  19cv2138-JAH (WVG)<br><br>**ORDER VACATING HEARING** |

After careful review, the Court deems Defendant Director of the Federal Bureau of Prisons *et al.*'s motion to dismiss Plaintiff's first amended complaint (Doc. No. 19), suitable for adjudication without oral argument. *See* CivLR 7.1 (d.1).

Accordingly, **IT IS HEREBY ORDERED** that Defendants' motion is taken under submission without oral argument and the hearing set for July 20, 2020, is VACATED. The Court will issue an order in due course.

**IT IS SO ORDERED.**

DATED: July 13, 2020

_____
Hon. John A. Houston
United States District Judge

1