UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO ROMERO,<br><br>                              Plaintiff,<br><br>v.<br><br>ATTORNEY GENERAL MERRICK B.<br>GARLAND, et al.,<br><br>                              Defendants. | Case No.:  3:19-cv-02138-JAH-WVG<br><br>**ORDER RESCHEDULING<br>HEARING TIME**<br><br>**[ECF NOS. 47, 48, 49, 50, 51, 52]** |

On the Court's own motion, IT IS HEREBY ORDERED the hearing on Defendant's motion for summary judgment (ECF No. 47), Defendant's motions to exclude testimony (ECF Nos. 48, 49), and Plaintiff's motions to exclude testimony (ECF Nos. 50, 51, 52) set for February 8, 2023 at 10:30 AM is **RESET** to **February 8, 2023 at 2:00 PM**.

**IT IS SO ORDERED.**

DATED:  December 14, 2022

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

1

3:19-cv-02138-JAH-WVG