UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO ROMERO,<br>            Plaintiff,<br><br>v.<br><br>MERRICK B. GARLAND, Attorney General of the United States, et al.,<br>            Defendants. | Case No.: 3:19-cv-02138-JAH-DTF<br><br>**ORDER STAYING CASE PENDING FURTHER COURT ORDER.** |

On October 14, 2025, the Court issued a correspondence to all parties in the above-entitled matter indicating that an Amended Motions in Limine Order would be filed in due course and that the Court will issue a stay of this civil proceeding as to all parties in light of the federal government shutdown. On October 7, 2025, the United States District Court for the Southern District of California granted the United States' motion for a general order staying all civil actions in the district in which the United States is a party until the federal government shutdown has been resolved. *See In the Matter of the Federal Lapse in Appropriations*, Case No. 25-mc-1937, ECF No. 2. And on November 6, 2025, the Court issued its Amended Motions in Limine Order in the above-entitled case. ECF No. 134.

While the federal government shutdown appears to be resolving, there is no indication of when the government will be able to litigate its cases in district court. Good cause appearing, the Court HEREBY ORDERS the entire matter stayed, as to all parties,

relating to all deadlines under the Federal Rules of Civil Procedure, the Civil Local Rules for the Southern District of California, and the General Orders of the Southern District of California, including the deadlines for the parties to file any motions or responses, and all other pretrial dates previously set by the Court in this matter. The Court will issue an order lifting the instant stay in due course, at such time this Court deems appropriate.

**IT IS SO ORDERED.**

DATED: November 14, 2025

JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE